USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
LESHAWN YOUNG, ON BEHALF OF              :
HERSELF AND ALL OTHER PERSONS            :   24-CV-06506 (VEC)
SIMILARLY SITUATED,                      :
                                         :   ORDER
                              Plaintiff, :
          -against-                      :
                                         :
                                         :
ICEMULE COMPANY, INC.,                   :
                                         :
                                         :
                              Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 12, 2024, the parties filed their proposed Civil Case Management Plan and Scheduling Order and requested immediate referral to the Court-annexed Mediation Program and to a Magistrate Judge, *see* Dkt. 10 at 2;

IT IS HEREBY ORDERED that this case is REFERRED to Magistrate Judge Ricardo for the purpose of settlement.

IT IS FURTHER ORDERED that the Initial Pretrial Conference in this matter scheduled for Friday, December 20, 2024, at 10:00 A.M. is ADJOURNED *sine die* pending conclusion of any settlement conference before Magistrate Judge Ricardo. The Court defers entry of the parties' proposed case management plan until after the Initial Pretrial Conference, and Defendant's deadline to answer or respond to the complaint remains stayed until the date of the Initial Pretrial Conference.

**SO ORDERED.**

Date: December 13, 2024
New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**